Argued June 27, affirmed July 18, 1977

In the Matter of Patrick Larry Dean Morgan, a Child.
STATE ex rel JUVENILE DEPARTMENT OF
LANE COUNTY, *Respondent,*
*v.*
MORGAN, a Child, *Appellant.*
(No. 9262, CA 7625)
556 P2d 558

Douglas L. Melevin, Eugene, argued the cause for appellant. On the brief was William A. Molloy, Eugene.

Frederick A. Hugi, Deputy District Attorney, Eugene, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

Affirmed. *State ex rel Juv. Dept. v. T.,* 28 Or App 741, 560 P2d 1104 (1977).